# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **ERIK SALAIZ,** <br> **Plaintiff,** <br><br> v. <br><br> **EGV COMPANIES, INC, and EMPIRE FIDELITY SERVICES, LLC** <br> **Defendants** | § § § § § **EP-21-CV-0208-KC** § § § § |



## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE

## AND MOTION TO VACATE ALL DEADLINES

The Plaintiff and Defendant EGV COMPANIES, INC respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and the Defendant EGV COMPANIES, INC counsel are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file the said Agreement. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines related to the above-captioned matter.

September 27, 2021

Respectfully submitted,

Erik Salaiz
Plaintiff, Pro-se
319 Valley Fair Way
El Paso, TX 79907

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **ERIK SALAIZ,**<br>**Plaintiff,**<br><br>v.<br><br>**EGV COMPANIES, INC and EMPIRE**<br>**FIDELITY SERVICES, LLC**<br>**Defendants** | §<br>§<br>§<br>§<br>§ EP-21-CV-0208-KC<br>§<br>§<br>§<br>§ |
| | |

**Certificate of Service**

I hereby certify a true copy of the foregoing was mailed to the Defendant's attorney in this case:

September 27, 2021

                                      Respectfully submitted,

                                      Erik Salaiz
                                      Plaintiff, Pro-se
                                      319 Valley Fair Way
                                      El Paso, TX 79907

RECEIVED
SEP 27 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **ERIK SALAIZ,**<br>Plaintiff,<br><br>v.<br><br>**EGV COMPANIES, INC, and EMPIRE FIDELITY SERVICES, LLC**<br>Defendants | §<br>§<br>§<br>§ **EP-21-CV-0208-KC**<br>§<br>§<br>§<br>§ |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Notice of Settlement in Principle and Motion To Vacate All Deadlines, it is this _____ day of _____, 2021,

**ORDERED** that Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines be and is hereby **GRANTED**; and it is

**ORDERED** that the parties have up to and include October 28, 2021, to file a Stipulated Settlement Agreement and Dismissal; and it is

**FURTHER ORDERED** that all deadlines in the above-captioned case is hereby **VACATED.**

**SO ORDERED**

_____
United States District Judge