**FILED**
October 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § § § § **Plaintiff,** § § v. § § **EGV COMPANIES, INC** a Florida Corporation § and **EMPIRE FIDELITY SERVICES, LLC** a § Texas Limited Liability Company § § **Defendants.** § § | EP-21-CV-0208-KC |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants EGV COMPANIES, INC and EMPIRE FIDELITY SERVICES, LLC have resolved their case. Plaintiff hereby requests the Court dismiss the case against EGV COMPANIES, INC and EMPIRE FIDELITY SERVICES, LLC with prejudice.

Dated October 15, 2021,  Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-540-5210
Salaiz.ep@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | § | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| Plaintiff, | § | EP-21-CV-0208-KC |
| | § | |
| v. | § | |
| | § | |
| **EGV COMPANIES, INC** a Florida Corporation and **EMPIRE FIDELITY SERVICES, LLC** a Texas Limited Liability Company | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated October 15, 2021,     Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-540-5210
Salaiz.ep@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br><br>    Plaintiff,<br><br>v.<br><br>**EGV COMPANIES, INC** a Florida Corporation and **EMPIRE FIDELITY SERVICES, LLC** a Texas Limited Liability Company<br><br>    Defendants. | EP-21-CV-0208-KC |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss With Prejudice, it is this, _____ day of _____, 2021,

**ORDERED** that Plaintiff's Motion to Dismiss With Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**