# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-21-CV-0208-KC |
| | § | |
| **EGV COMPANIES, INC, AND EMPIRE FIDELITY SERVICES, LLC,** | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion to Dismiss with Prejudice in the above-captioned case, ECF No. 9. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions in this case are **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs of court and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 19th day of October, 2021.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE